No. 04–8135. CASTRO CHAVEZ v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8136. CRANE v. SAMPLES ET AL. Ct. App. Ga. Certiorari denied.

No. 04–8137. COLIDA v. KYOCERA WIRELESS CORP. C. A. Fed. Cir. Certiorari denied.

No. 04–8138. DUNN v. BOYETTE. C. A. 4th Cir. Certiorari denied.

No. 04–8140. KAMSAN SUON v. CAREY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8142. HARDY v. VASBINDER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8143. HENDERSON v. REDDISH, WARDEN. Super. Ct. Wayne County, Ga. Certiorari denied.

No. 04–8145. HUGHES v. HURLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8152. WILLIAMS v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 04–8153. WATERS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 04–8154. WILLIAMS v. SHERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8158. CRANE v. DARNELL ET AL. Ct. App. Ga. Certiorari denied.

No. 04–8161. STRONG v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–8163. RIVERA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.